## (June 27, 1960)

MIRIAM H. BEERMAN, Appellant, v. MARYANN BLUMHAGEN et al., Defendants, and EDWARD A. PAUR et al., Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed

on or before August 1, 1960. Nolan, P. J., Beldock, Ughetta, Christ ana Pette, JJ., concur.